**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD B. HUMPHREYS, | No. C 07-5188 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT MEDICAL DEPARTMENT, | |
| Defendants. | |

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at the Sacramento County Jail, which lies within the venue of the United States District Court for the Eastern District of California, and the defendant is be found there. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: October  12 , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\HUMPHREYS5188.TRN.wpd