UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GERALD B. HUMPHREYS,

        Plaintiff,

  v.

SACRAMENTO COUNTY SHERIFFS DEPARTMENT et al,

        Defendant.
_____/

Case Number: CV07-05188 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerald B. Humphreys
J-46872/ 550-1-22 Low
Avenal State Prison
PO Box 9
Avenal, CA 93204-0009

Dated: October 12, 2007

                                        Richard W. Wieking, Clerk
                                        By: D. Toland, Deputy Clerk